**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Keros et al v. Massachusetts Mutual Life Insurance Company et al

District Court Number: 3:12-cv-11294-MAP

Fee:   Paid? Yes _x_   No ___   Government filer ___   *In Forma Pauperis* Yes ___   No ___

Motions Pending   Yes ___ No _x_          Sealed documents   Yes ___ No _x_
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes ___ No _x_     Transcripts        Yes _x_ No ___
*If yes, document #* _____          *If yes, document #* _47_

Notice of Appeal filed by: Plaintiff/Petitioner _x_   Defendant/Respondent ___   Other: ___

Appeal from:

#50

Other information:

I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#50 & #51

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _51_ filed on _8/23/2013_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _9/6/2013_.

**ROBERT M. FARRELL**
Acting Clerk of Court

/s/Chris Danieli
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:12-cv-11294-MAP

| | |
|---|---|
| Keros et al v. Massachusetts Mutual Life Insurance Company et al | Date Filed: 07/13/2012 |
| | Date Terminated: 08/05/2013 |
| Assigned to: Judge Michael A. Ponsor | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Declaratory Judgement | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Diversity |

**Plaintiff**

**Madaline S Keros**　　　　represented by　**Bernard C. Devieux**
Grant & Eisenhofer, P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
302-622-7110
Email: bdevieux@gelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Y. Weltman**
Clark, Hunt, Ahern & Embry
55 Cambridge Parkway
Suite 401
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1920
Email: jweltman@chelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Barry**
Grant & Eisenhofer, P.A.
123 Justison Street
7th Floor
Wilmington, DE 19801
302-622-7000
Email: mbarry@gelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reuben A Guttman**
Grant & Eisenhofer, P.A.
1920 L. Street, N.W., Ste. 400

Washington, DC 20036
202-386-9500
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J. Hunt**
Clark, Hunt & Embry
Suite 401
55 Cambridge Parkway
Cambridge, MA 02142
617-494-1920
Fax: 617-494-1921
Email: whunt@chelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J Keros**                            represented by    **Bernard C. Devieux**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jeremy Y. Weltman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael J. Barry**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Reuben A Guttman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William J. Hunt**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The George W. Keros Irrevocable Trust**      represented by    **Bernard C. Devieux**
**Agreement**                                                    (See above for address)
*F/B/O William J. Keros Dated June 24,*                          *LEAD ATTORNEY*

| | |
|---|---|
| 1994, On Behalf of Themselves and All Others Similarly Situated | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremy Y. Weltman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Barry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Reuben A Guttman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Massachusetts Mutual Life Insurance Company** | represented by **Joseph L. Kociubes**<br>Bingham McCutchen LLP - MA<br>One Federal Street<br>Boston, MA 02110-1726<br>617-951-8000<br>Fax: 617-951-8736<br>Email: joe.kociubes@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Frances S. Cohen**<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110<br>617-951-8872<br>Fax: 617-951-8736<br>Email: frances.cohen@bingham.com<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Lizette Richards**<br>Bulkley Richardson & Gelinas<br>1500 Main Street<br>Suite 2700<br>PO Box 15507<br>Springfield, MA 01115-5507<br>413-272-6291<br>Email: lrichards@bulkley.com |

*ATTORNEY TO BE NOTICED*

**John P. Pucci**
Bulkley Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115-5507
413-272-6290
Email: jpucci@bulkley.com
*ATTORNEY TO BE NOTICED*

**Scott T. Lashway**
Massachusetts Mutual LIfe Insurance
Company
1295 State Street
Springfield, MA 01111
413-744-7383
Fax: 413-226-4268
Email: slashway@massmutual.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas C Barry**                            represented by **Joseph L. Kociubes**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Frances S. Cohen**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Cristobal I Conde**                         represented by **Joseph L. Kociubes**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Frances S. Cohen**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen A Corbet**                         represented by **Joseph L. Kociubes**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Frances S. Cohen**
                                                (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger W Crandall**　　represented by　**Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James H Degraffenreidt, Jr**　　represented by　**Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia Diaz Dennis**　　represented by　**Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert A Essner**　　represented by　**Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert M. Furek**　　represented by　**Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond W Lebouef**   represented by   **Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cathy E Minehan**   represented by   **Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc F Racicot**   represented by   **Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William T Spitz**   represented by   **Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**H Todd Stitzer**   represented by   **Joseph L. Kociubes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2012 | 1 | COMPLAINT *(Verified Class Action)* against All Defendants Filing fee: $ 350, receipt number 0101-4027131 (Fee Status: Filing Fee paid), filed by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement f/b/o Willliam J. Keros Date June 24, 1994. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Sheet)(Weltman, Jeremy) (Entered: 07/13/2012) |
| 07/13/2012 | 2 | AFFIDAVIT of William J. Keros re 1 Complaint, *(Verification)* by William J Keros. (Weltman, Jeremy) (Entered: 07/13/2012) |
| 07/13/2012 | 3 | AFFIDAVIT of Madaline S. Keros re 1 Complaint, *(Verification)* by Madaline S Keros. (Weltman, Jeremy) (Entered: 07/13/2012) |
| 07/13/2012 | 4 | MOTION for Leave to Appear Pro Hac Vice for admission of Reuben A. Guttman Filing fee: $ 100, receipt number 0101-4027386 by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement f/b/o Willliam J. Keros Date June 24, 1994. (Attachments: # 1 Affidavit)(Weltman, Jeremy) (Entered: 07/13/2012) |
| 07/13/2012 | 5 | MOTION for Leave to Appear Pro Hac Vice for admission of Bernard C. Devieux Filing fee: $ 100, receipt number 0101-4027397 by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement f/b/o Willliam J. Keros Date June 24, 1994. (Attachments: # 1 Affidavit)(Weltman, Jeremy) (Entered: 07/13/2012) |
| 07/13/2012 |  | Case transferred to Western Division (Springfield) (Maynard, Timothy) (Entered: 07/13/2012) |
| 07/13/2012 | 6 | Case transferred in from Eastern Division (Boston) on 7/13/12. Case Number 1:12-cv-11294. (Stuckenbruck, John) (Entered: 07/13/2012) |
| 07/13/2012 | 7 | ELECTRONIC NOTICE of Case Assignment. Judge Michael A. Ponsor assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Kenneth P. Neiman. (Abaid, Kimberly) (Finn, Mary). (Entered: 07/13/2012) |
| 07/13/2012 | 8 | Summons Issued as to Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Finn, Mary) (Entered: 07/13/2012) |

| | | |
|---|---|---|
| 07/13/2012 | 9 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added Bernard C. Devieux. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** ; granting 5 Motion for Leave to Appear Pro Hac Vice Added Bernard C. Devieux. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Finn, Mary) Modified on 7/13/2012 to correct the Judge who entered this electronic order. (Finn, Mary). (Entered: 07/13/2012) |
| 07/13/2012 | 10 | NOTICE issued to Attorney Rueben A. Guttman and Bernard C. Devieux regarding mandatory registration and use with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman. (Finn, Mary) (Finn, Mary). (Entered: 07/13/2012) |
| 08/20/2012 | 11 | SUMMONS Returned Executed Massachusetts Mutual Life Insurance Company served on 8/1/2012, answer due 8/22/2012. (Weltman, Jeremy) (Entered: 08/20/2012) |
| 08/20/2012 | 12 | SUMMONS Returned Executed Roger W Crandall served on 8/1/2012, answer due 8/22/2012. (Weltman, Jeremy) (Entered: 08/20/2012) |
| 08/21/2012 | 13 | NOTICE of Appearance by John P. Pucci on behalf of Massachusetts Mutual Life Insurance Company (Pucci, John) (Entered: 08/21/2012) |
| 08/21/2012 | 14 | NOTICE of Appearance by J. Lizette Richards on behalf of Massachusetts Mutual Life Insurance Company (Richards, J.) (Entered: 08/21/2012) |
| 08/21/2012 | 15 | NOTICE of Appearance by Frances S. Cohen on behalf of Roger W Crandall, Massachusetts Mutual Life Insurance Company (Cohen, Frances) (Entered: 08/21/2012) |
| 08/21/2012 | 16 | Assented to MOTION for Extension of Time to August 24, 2012 to File Response/Reply *To Complaint* by Roger W Crandall, Massachusetts Mutual Life Insurance Company.(Cohen, Frances) (Entered: 08/21/2012) |
| 08/21/2012 | 17 | Assented to MOTION for Extension of Time , MOTION for Extension of Time to File Response/Reply *To Complaint* ( Responses due by 9/4/2012) by Massachusetts Mutual Life Insurance Company.(Cohen, Frances) (Entered: 08/21/2012) |
| 08/22/2012 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 16 Motion for Extension of Time to Answer re 1 Complaint, granting 17 Motion for Extension of Time to Answer re 1 Complaint. Deft' |

| | | |
|---|---|---|
| | | Massachusetts Mutual Life Insurance Company and Roger W. Crandall's answer due 8/24/2012. (Finn, Mary) (Entered: 08/22/2012) |
| 08/24/2012 | 18 | NOTICE of Appearance by Scott T. Lashway on behalf of Massachusetts Mutual Life Insurance Company (Lashway, Scott) (Entered: 08/24/2012) |
| 08/24/2012 | 19 | NOTICE of Appearance by Frances S. Cohen on behalf of Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 20 | NOTICE of Appearance by Frances S. Cohen on behalf of Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 21 | MOTION to Dismiss by Massachusetts Mutual Life Insurance Company.(Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 22 | MEMORANDUM in Support re 21 MOTION to Dismiss filed by Massachusetts Mutual Life Insurance Company. (Cohen, Frances) (Main Document 22 replaced on 8/27/2012, by request of attorneys) (Pelegano, Theresa). (Entered: 08/24/2012) |
| 08/24/2012 | 23 | MOTION to Dismiss by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer.(Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 24 | MEMORANDUM in Support re 23 MOTION to Dismiss filed by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer. (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 25 | AFFIDAVIT of Sheryl A. Avery re 23 MOTION to Dismiss , 21 MOTION to Dismiss by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer. (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 26 | AFFIDAVIT of Laura Ally re 23 MOTION to Dismiss , 21 MOTION to Dismiss by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, |

| | | |
|---|---|---|
| | | Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer. (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 27 | APPENDIX/EXHIBIT re 22 Memorandum in Support of Motion by Massachusetts Mutual Life Insurance Company. (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 28 | CORPORATE DISCLOSURE STATEMENT by Massachusetts Mutual Life Insurance Company. (Cohen, Frances) (Entered: 08/24/2012) |
| 08/24/2012 | 29 | NOTICE of Appearance by Frances S. Cohen on behalf of Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer (Cohen, Frances) (Entered: 08/24/2012) |
| 09/06/2012 | 30 | Joint MOTION for Leave to File Excess Pages *(Regarding Briefing of Defendants' Motion to Dismiss)* by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Madaline S Keros, William J Keros, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer, The George W. Keros Irrevocable Trust Agreement.(Weltman, Jeremy) (Entered: 09/06/2012) |
| 09/07/2012 | 31 | Opposition re 21 MOTION to Dismiss , 23 MOTION to Dismiss *(Plaintiffs Memorandum of Law in Opposition to Defendant Massachusetts Mutual Life Insurance Company and the Individual Defendants Motions to Dismiss)* filed by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement. (Attachments: # 1 Exhibit A, # 2 Exhibit B-1, # 3 Exhibit B-2, # 4 Exhibit B-3, # 5 Exhibit B-4, # 6 Exhibit B-5, # 7 Exhibit B-6, # 8 Exhibit B-7, # 9 Exhibit B-8, # 10 Exhibit B-9, # 11 Exhibit B-10, # 12 Exhibit B-11, # 13 Exhibit C, # 14 Exhibit D, # 15 Exhibit E-1, # 16 Exhibit E-2, # 17 Exhibit E-3, # 18 Exhibit F, # 19 Exhibit G, # 20 Exhibit H, # 21 Exhibit I, # 22 Exhibit J-1, # 23 Exhibit J-2, # 24 Exhibit J-3, # 25 Exhibit J-4, # 26 Exhibit J-5, # 27 Exhibit J-6, # 28 Exhibit J-7, # 29 Exhibit J-8, # 30 Exhibit J-9, # 31 Exhibit J-10, # 32 Exhibit J-11, # 33 Exhibit J-12, # 34 Exhibit J-13, # 35 Exhibit J-14, # 36 Exhibit J-15, # 37 Exhibit J-16, # 38 Exhibit J-17, # 39 Exhibit J-18, # 40 Exhibit J-19, # 41 Exhibit J-20, # 42 Exhibit J-21, # 43 Exhibit K, # 44 Exhibit L, # 45 Exhibit M)(Weltman, Jeremy) (Attachment 43 replaced on 9/10/2012) (Pelegano, Theresa). (Main Document 31 replaced on 9/10/2012 with correct signed opposition) (Finn, Mary). Modified on 9/10/2012 (Finn, Mary). (Main Document 31 replaced on 9/11/2012 with correct main document) (Finn, Mary). Modified on 9/11/2012 (Finn, Mary). (Entered: 09/07/2012) |

| | | |
|---|---|---|
| 09/07/2012 | 32 | AFFIDAVIT of Bernard C. Devieux in Support re 31 Opposition to 23 MOTION to Dismiss, 21 MOTION to Dismiss *(Declaration of Bernard C. Devieux In Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss)* filed by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement. (Weltman, Jeremy) Modified on 9/10/2012 to link this document to document 31, not 21 and 23 . Mary). (Entered: 09/07/2012) |
| 09/10/2012 | | ELECTRONIC NOTICE issued requesting courtesy copy for 31 Opposition to Motion and supporting exhibits. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by September 14, 2012. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Finn, Mary) (Entered: 09/10/2012) |
| 09/10/2012 | 33 | Judge Michael A. Ponsor: ENDORSED ORDER entered granting 30 Motion for Leave to File Excess Pages. (Finn, Mary) (Entered: 09/10/2012) |
| 09/10/2012 | 34 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement re 32 Affidavit in Support of Motion, *(re Declaration of Bernard C. Devieux in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss)*. (Weltman, Jeremy) (Entered: 09/10/2012) |
| 09/10/2012 | 35 | Assented to MOTION for Leave to File *Reply Briefs on or before September 20, 2012* by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Madaline S Keros, William J Keros, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer.(Kociubes, Joseph) (Main Document 35 replaced on 9/11/2012 with correct signed motion) (Finn, Mary). Modified on 9/11/2012 (Finn, Mary). (Entered: 09/10/2012) |
| 09/10/2012 | 36 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 35 Motion for Leave to File Reply Brief re: Defts' motion to dismiss by 9/20/2012 - brief not to exceed 15 pages. Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Finn, Mary) (Entered: 09/10/2012) |
| 09/13/2012 | 37 | ELECTRONIC NOTICE Setting Hearing on Motion 21 MOTION to Dismiss, 23 MOTION to Dismiss : Motion Hearing set for 10/25/2012 02:30 PM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 09/13/2012) |

| | | |
|---|---|---|
| 09/20/2012 | 38 | REPLY to Response to 21 MOTION to Dismiss *On Behalf of All Defendants*, 23 MOTION to Dismiss filed by Thomas C Barry, Cristobal I Conde, Kathleen A Corbet, Roger W Crandall, James H Degraffenreidt, Jr, Patricia Diaz Dennis, Robert A Essner, Robert M. Furek, Raymond W Lebouef, Massachusetts Mutual Life Insurance Company, Cathy E Minehan, Marc F Racicot, William T Spitz, H Todd Stitzer. (Kociubes, Joseph) Modified on 9/20/2012 to link to document 23 also. (Finn, Mary). (Entered: 09/20/2012) |
| 09/21/2012 | 39 | MOTION for Leave to Appear Pro Hac Vice for admission of Michael J. Barry Filing fee: $ 100, receipt number 0101-4125520 by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement. (Attachments: # 1 Exhibit Affidavit of Michael J. Barry for Admission Pro Hac Vice)(Weltman, Jeremy) (Entered: 09/21/2012) |
| 09/21/2012 | 40 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 39 Motion for Leave to Appear Pro Hac Vice Added Michael J. Barry. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Finn, Mary) (Entered: 09/21/2012) |
| 09/21/2012 | 41 | Assented to MOTION to Continue Hearing on Defendants' Motions to Dismiss to November 1, 2012 by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement.(Weltman, Jeremy) (Entered: 09/21/2012) |
| 10/04/2012 | 42 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 41 Motion to Continue Hearing set for 11/1/2012 02:00 PM in Hampden Courtroom before Judge Michael A. Ponsor. (The hearing 0n 10/25/12 has been rescheduled) (Pelegano, Theresa) (Entered: 10/04/2012) |
| 10/29/2012 | 43 | Assented to MOTION to Continue Hearing on Defendants Motions to Dismiss to 11/7/12 *due to Hurricane* by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement.(Weltman, Jeremy) (Entered: 10/29/2012) |
| 10/30/2012 | 44 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 43 Motion to Continue. The hearing on 11/1/12 will be rescheduled. (Pelegano, Theresa) (Entered: 10/30/2012) |
| 10/30/2012 | 45 | ELECTRONIC NOTICE Resetting Hearing on Motion 21 MOTION to Dismiss , 23 MOTION to Dismiss : Motion Hearing set for 11/19/2012 11:00 AM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 10/30/2012) |
| 11/19/2012 | 46 | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor: Motion Hearing held on 11/19/2012 re 23 MOTION to Dismiss filed by Raymond W Lebouef, Kathleen A Corbet, Cristobal I Conde, Marc F Racicot, Robert A Essner, Patricia |

|  |  | Diaz Dennis, James H Degraffenreidt, Jr, William T Spitz, Roger W Crandall, Thomas C Barry, Cathy E Minehan, Robert M. Furek, H Todd Stitzer, 21 MOTION to Dismiss filed by Massachusetts Mutual Life Insurance Company. After hearing the motions are taken under advisement. (Court Reporter: Alice Moran at 413-731-0086.) (Stuckenbruck, John) (Entered: 11/19/2012) |
|---|---|---|
| 12/14/2012 | 47 | Transcript of Motion Hearing held on November 19, 2012, before Judge Michael A. Ponsor. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Alice Moran at 413-731-0086 Redaction Request due 1/4/2013. Redacted Transcript Deadline set for 1/14/2013. Release of Transcript Restriction set for 3/14/2013. (Scalfani, Deborah) (Entered: 12/14/2012) |
| 12/14/2012 | 48 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 12/14/2012) |
| 08/05/2013 | 49 | Judge Michael A. Ponsor: MEMORANDUM AND ORDER entered. As follows: For the reasons stated in the attached memo and order, Defendants Motions to Dismiss (Dkt. Nos. 21 & 23 ) are hereby ALLOWED. The clerk is ordered to enter judgment for Defendants. This case may now be closed. It is So Ordered. See the attached memo and order for complete details. (Lindsay, Maurice) (Entered: 08/05/2013) |
| 08/05/2013 | 50 | Judge Michael A. Ponsor: ORDER entered. JUDGMENT for defendants. (Lindsay, Maurice) (Entered: 08/05/2013) |
| 08/23/2013 | 51 | NOTICE OF APPEAL as to 50 Judgment by Madaline S Keros, William J Keros, The George W. Keros Irrevocable Trust Agreement Filing fee: $ 455, receipt number 0101-4602552 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm.** US District Court Clerk to deliver official record to Court of Appeals by 9/12/2013. (Weltman, Jeremy) (Entered: 08/23/2013) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADALINE S. KEROS, WILLIAM J. KEROS, and THE GEORGE W. KEROS IRREVOCABLE TRUST AGREEMENT F/B/O WILLIAM J. KEROS DATED JUNE 24, 1994, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, THOMAS C. BARRY, CRISTÓBAL I. CONDE, KATHLEEN A. CORBET, ROGER W. CRANDALL, JAMES H. DEGRAFFENREIDT, JR., PATRICIA DIAZ DENNIS, ROBERT A. ESSNER, ROBERT M. FUREK, RAYMOND W. LEBOEUF, CATHY E. MINEHAN, MARC F. RACICOT, WILLIAM T. SPITZ, and H. TODD STITZER,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 3:12-CV-11294-MAP |

## **NOTICE OF APPEAL**

　　　　NOTICE IS HEREBY GIVEN that Madaline S. Keros, William J. Keros, and The George W. Keros Irrevocable Trust Agreement f/b/o William J. Keros dated June 24, 1994, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an August 5, 2013, Memorandum and Order granting Defendants' motion to dismiss (Dkt. No. 49) and an Order entering judgment for Defendants (Dkt. No. 50) entered on August 5, 2013.

Dated: August 23, 2013

*Of Counsel:*

Jay W. Eisenhofer
Michael J. Barry
Bernard C. Devieux
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*jeisenhofer@gelaw.com*
*mbarry@gelaw.com*
*bdevieux@gelaw.com*

Reuben A. Guttman
GRANT & EISENHOFER P.A.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 386-9500
Fax: (202) 386-9505
*rguttman@gelaw.com*

*Counsel for Plaintiffs and the Proposed Class*

Respectfully submitted,

/s/ *Jeremy Y. Weltman*
William J. Hunt (No. 244720)
Jeremy Y. Weltman (No. 662293)
CLARK, HUNT, AHERN & EMBRY
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 229-7949
Fax: (617) 494-1921
*whunt@chelaw.com*
*jweltman@chelaw.com*

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on August 23, 2013.

      /s/ *Jeremy Y. Weltman*
William J. Hunt (No. 244720)
Jeremy Y. Weltman (No. 662293)
CLARK, HUNT, AHERN & EMBRY
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 229-7949
Fax: (617) 494-1921
*whunt@chelaw.com*
*jweltman@chelaw.com*

# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADALINE S. KEROS, ET AL., )<br>　　Plaintiffs　　　　　　　　　　) | |
| ) | CIVIL ACTION |
| v.　　　　　　　　　　　　　　　) | NO. 3:12-cv-11294-MAP |
| ) | |
| MASSACHUSETTS MUTUAL LIFE ) | |
| INSURANCE COMPANY, ET AL., ) | |
| 　　Defendants　　　　　　　　　) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Massachusetts Mutual Life Insurance Company, et al, against the plaintiffs Madaline S. Keros, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

　　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　　ACTING CLERK OF COURT

Dated: August 5, 2013　　　　　　　　/s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
　　　　[jgm.]